RUSSELL M. YANKWITT
YANKWITT & ASSOCIATES, LLC
One Barker Avenue, Suite 260
White Plains, New York 10601
Telephone: (914) 358-5544
Facsimile: (914) 801-5930
Russell@Yankwitt.com

Attorneys for Plaintiff

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/18/09]*

*[Handwritten: The Ottinger Firm is relieved as counsel for Plaintiff.]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PETER F. HENZE,

            Plaintiff,

v.

CREATIVE LEISURE INTERNATIONAL, LLC
WOLRD TRAVEL HOLDINGS, INC.

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SO ORDERED**
*9/18/09*
*[Signature]*
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Civil Action No.
1:09-cv-04477
(RJH) (THK)

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

The undersigned hereby move this Court for a withdrawal of counsel, The Ottinger Firm, P.C., in the above styled action.

The Ottinger Firm, P.C. no longer represents Plaintiff and therefore Plaintiff requests a withdrawal of its counsel of record. The undersigned certify that Plaintiff is in agreement with the withdrawal and substitution being requested.

Notice is hereby given that Doron M. Kalir had resigned from The Ottinger Firm, P.C., and now Mr. Kalir, will be working with Yankwitt & Associates LLC on this matter. Notice is further given that Yankwitt & Associates LLC is being substituted as counsel as it currently represents Plaintiff in this matter. The undersigned certifies that Plaintiff has expressed his approval for this substitution of counsel.

Yankwitt & Associates LLC and its attorneys stand by the allegations made by Plaintiff in all prior pleadings. Therefore, subject to the above, all pleadings, motions, correspondence, discovery material, and all other papers in this action shall be served and/or forwarded to Yankwitt & Associates LLC, 1 Barker Avenue, Suite 260, White Plains, New York 10601, telephone no. (914) 358-5541, facsimile (914) 801-5930, and email russell@yankwitt.com.

The undersigned hereby certifies that all parties and counsel of record for both Plaintiff and Defendants do not oppose the requested relief.

WHEREFORE, the undersigned prays that this Court withdraws counsel of record and substitute new counsel as stated herein.

Dated: August 3, 2009
White Plains, New York

Respectfully submitted,

/s Russell M. Yankwitt
RUSSELL M. YANKWITT
DORON M. KALIR
YANKWITT & ASSOCIATES LLC
One Barker Avenue, Suite 260
White Plains, New York 10601
Telephone: (914) 358-5541
Facsimile: (914) 801-5930
russell@yankwitt.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August 2009, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to all counsel of record: Henry E. Rakowski, Esq

/s/ Russell M. Yankwitt

Russell M. Yankwitt